

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE HARRIS; DENNIS F. RAMOS, AKA Dennis Ramos; DONALD HANKS; JORGE TORRES; ALBERT CAPPA, On Behalf of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs - Appellants,<br><br>     v.<br><br>AMGEN, INC.; AMGEN MANUFACTURING, LIMITED; FRANK J. BIONDI, Jr.; JERRY D. CHOATE; FRANK C. HERRINGER; GILBERT S. OMENN; DAVID BALTIMORE; JUDITH C. PELHAM; KEVIN W. SHARER; FREDERICK W. GLUCK; LEONARD D. SCHAEFFER; CHARLES BELL; JACQUELINE ALLRED; AMGEN PLAN FIDUCIARY COMMITTEE; RAUL CERMENO; JACKIE CROUSE; FIDUCIARY COMMITTEE OF THE AMGEN MANUFACTURING LIMITED PLAN; LORI JOHNSTON; MICHAEL KELLY,<br><br>          Defendants - Appellees.,<br><br>_____,<br><br>DENNIS M. FENTON; RICHARD NANULA; THE FIDUCIARY | No. 10-56014<br><br>D.C. No. 2:07-cv-05442-PSG-PLA<br><br>Central District of California, Los Angeles<br><br>ORDER |

COMMITTEE; AMGEN GLOBAL
BENEFITS COMMITTEE; AMGEN
FIDUCIARY COMMITTEE,

Defendants.

On Remand From The United States Supreme Court

Before: FARRIS and W. FLETCHER, Circuit Judges and KORMAN,[*] Senior District Judge.

This case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Amgen Inc. v. Harris*, 136 S. Ct. 758 (2016).

**REMANDED.**

---

[*] The Honorable Edward R. Korman, Senior District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.